UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LEOCADIO GARCIA and GUSTAVO
ESPINOSA,

                            Plaintiff,                      **ORDER**

v.                                                        23-cv-03790 (PMH)

ITALIAN PAVILION PIZZERIA &
RESTAURANT, INC., et al.,

                            Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 21). Any pending motions are DISMISSED as moot, and all conferences are CANCELED. Accordingly, the parties are directed to file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, by August 24, 2023.

                                                      **SO ORDERED:**

Dated:  White Plains, New York
           August 10, 2023

                                                  PHILIP M. HALPERN
                                                  United States District Judge